## LOUISVILLE TRUST COMPANY v. REUTLINGER.

Court of Appeals of Kentucky.

(Decided March 13, 1934.)

THOMAS C. FISHER for movant.

ROBERT L. PAGE, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## NATIONAL LIFE AND ACCIDENT INSURANCE COMPANY v. WETHINGTON.

Court of Appeals of Kentucky.

(Decided March 13, 1934.)

E. C. MOORE for movant.

CHARLES F. MONTGOMERY, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## KELLEY v. ASHCRAFT.

Court of Appeals of Kentucky.

(Decided March 20, 1934.)

CLARENCE MILLER for movant.

E. E. RICE and SHUMATE & SHUMATE, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.